**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JAMES EDWARD LETT** **PETITIONER**
Reg. No. 10677-033

**v.** **CASE NO. 2:26-CV-00061-BSM**

**DOE, Warden FCI Forrest City Low** **RESPONDENT**

**ORDER**

United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 5] is adopted, and James Lett's petition for writ of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED this 4th day of August, 2026.

UNITED STATES DISTRICT JUDGE