**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JAMES EDWARD LETT** **PETITIONER**
**Reg. No. 10677-033**

**v.** **CASE NO. 2:26-CV-00061-BSM**

**DOE, Warden FCI Forrest City Low** **RESPONDENT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of August, 2026.

Brian S. Miller

UNITED STATES DISTRICT JUDGE